1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

10  DONNY LOVE,                                   Case No. 1:15-cv-01432-DAD-DLB PC

11              Plaintiff,                        ORDER TRANSFERRING CASE TO THE
                                                 SOUTHERN DISTRICT OF CALIFORNIA
12          v.
                                                 (Doc. 1)
13  UNKNOWN OFFICER OF THE BUREAU
    OF PRISONS, et al.,
14
                Defendants.
15

16  _____/

17          Plaintiff Donny Love Way, a federal prisoner proceeding pro se and in forma pauperis,
18
    filed this civil action on September 22, 2015, pursuant to *Bivens v. Six Unknown Named Agents of*
19
    *Federal Bureau of Narcotics*, 403 U.S. 388 (1971), which provides a remedy for violation of civil
20
    rights by federal actors.  He names Unknown Officers and Administrators of the Federal Bureau of
21
    Prisons as Defendants.
22
            The federal venue statute requires that a civil action, other than one based on diversity
23
    jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all
24
    defendants reside in the same state, (2) a judicial district in which a substantial part of the events
25
    or omissions giving rise to the claim occurred, or a substantial part of the property that is the
26
    subject of the action is situated, or (3) a judicial district in which any defendant may be found, if
27
    there is no district in which the action may otherwise be brought."  28 U.S.C. § 1391(b).
28

In this case, none of the defendants reside in this district.  The claim first arose at MCC San Diego, in San Diego County, which is in the Southern District of California.  Therefore, Plaintiff's claim should have been filed in the United States District Court for the Southern District of California.  In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district.  *See* 28 U.S.C. § 1406(a); *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Southern District of California.

IT IS SO ORDERED.

Dated:   **August 26, 2016**                    _____ /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE

2